AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Ebsel Miguel Pizarro Orta<br>77 Eastern Avenue, Apt. 5<br>Greencastle, PA 17225<br><br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:23-cv-01954-MJM |
| Creekstone Landscaping & Excavating, LLC<br>Caleb Z. Ditto, Polman Transfer, Inc.<br>Ronald D. Gordon, Russ Davis Wholesale, Inc d/b/a<br>Blackjack Express<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Creekstone Landscaping & Excavating, LLC
12729 Lanes Run Road
Big Pool, MD 21711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Bruce Poole, Esq.
The Poole Law Group
29 W. Franklin Street
Hagerstown, MD 21740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Ebsel Miguel Pizarro Orta<br>77 Eastern Avenue, Apt. 5<br>Greencastle, PA 17225<br><br>*Plaintiff(s)*<br>v.<br>Creekstone Landscaping & Excavating, LLC<br>Caleb Z. Ditto, Polman Transfer, Inc.<br>Ronald D. Gordon, Russ Davis Wholesale, Inc d/b/a<br>Blackjack Express<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-01954-MJM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Caleb Z. Ditto
9435 Winchester Avenue
Bunker Hill, WV  25413


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Bruce Poole, Esq.
The Poole Law Group
29 W. Franklin Street
Hagerstown, MD 21740


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Ebsel Miguel Pizarro Orta<br>77 Eastern Avenue, Apt. 5<br>Greencastle, PA 17225<br><br>*Plaintiff(s)*<br>v.<br>Creekstone Landscaping & Excavating, LLC<br>Caleb Z. Ditto, Polman Transfer, Inc.<br>Ronald D. Gordon, Russ Davis Wholesale, Inc d/b/a<br>Blackjack Express<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-01954-MJM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Polman Transfer, Inc.
63425 Highway 10 West
Wadena, MN  56482

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Bruce Poole, Esq.
The Poole Law Group
29 W. Franklin Street
Hagerstown, MD 21740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Ebsel Miguel Pizarro Orta<br>77 Eastern Avenue, Apt. 5<br>Greencastle, PA 17225<br><br>*Plaintiff(s)*<br>v.<br>Creekstone Landscaping & Excavating, LLC<br>Caleb Z. Ditto, Polman Transfer, Inc.<br>Ronald D. Gordon, Russ Davis Wholesale, Inc d/b/a<br>Blackjack Express<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-01954-MJM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald D. Gordon
1616 Township Road 166
Marengo, OH  43334


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Bruce Poole, Esq.
The Poole Law Group
29 W. Franklin Street
Hagerstown, MD 21740


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Ebsel Miguel Pizarro Orta )
77 Eastern Avenue, Apt. 5 )
Greencastle, PA 17225 )
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 1:23-cv-01954-MJM
)
Creekstone Landscaping & Excavating, LLC )
Caleb Z. Ditto, Polman Transfer, Inc. )
Ronald D. Gordon, Russ Davis Wholesale, Inc d/b/a )
Blackjack Express )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Russ Davis Wholesale d/b/a Blackjack Express
266 4th Street NE
Wadena, MN  56482

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Bruce Poole, Esq.
The Poole Law Group
29 W. Franklin Street
Hagerstown, MD 21740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/2023

*Signature of Clerk or Deputy Clerk*